**MKS INSTRUMENTS, INC. and Applied Science and Technology, Inc., Plaintiffs–Appellees,**

v.

**ADVANCED ENERGY INDUSTRIES, INC., Defendant–Appellant.**

No. 03–1126.

United States Court of Appeals, Federal Circuit.

DECIDED: Jan. 31, 2003.

ON MOTION

*ORDER*

The court treats the statement in Advanced Energy Industries, Inc.'s "Notice of Cross–Appeal" as a motion to voluntarily dismiss.

The conditional cross-appeal indicated that, if the court granted Advanced Energy's motion to dismiss MKS Instrument, Inc. et al.'s appeal, 03–1076, Advanced Energy would withdraw its cross-appeal. Because the court has dismissed 03–1076, Advanced Energy's cross-appeal is voluntarily dismissed.

Accordingly,

IT IS ORDERED THAT: